IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LUIS E. ECHEVERRIA, | ) | 1:04-CV-06723-OWW-LJO-P |
| | ) | |
| Plaintiff, | ) | SECOND ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** FILING FEE |
| vs. | ) | |
| C/O MS. VONSAVOYE, et al., | ) | |
| Defendants. | ) | |

      Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 16, 2005, the Magistrate issued findings and a recommendation that this action be dismissed due to plaintiff's failure to comply with the court's order of January 7, 2005, which required plaintiff to pay the $150.00 filing fee or submit an application to proceed in forma pauperis. On April 18, 2005, plaintiff filed objections to the findings and recommendation, on the grounds that he did not receive the form application from the court along with the January 7th order. Good cause appearing, plaintiff shall be provided another opportunity to comply with the court's

1

order.  The Clerk shall mail a form application to plaintiff, and plaintiff shall be granted a thirty-day deadline in which to return the completed application or pay the filing fee.

  Accordingly, IT IS HEREBY ORDERED that:

   1.  The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.and

   2.  Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis, or in the alternative, pay the $150 filing fee for this action.   Failure to comply with this order may result in the dismissal of this action.

IT IS SO ORDERED.

**Dated:   June 2, 2005**        **/s/ Lawrence J. O'Neill**
b6edp0           UNITED STATES MAGISTRATE JUDGE