UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LUIS E. ECHEVERRIA,                  1:04-cv-06723-OWW-LJO-P

        Plaintiff,           **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 5)

vs.

                                   **ORDER DISMISSING ACTION**

C/O MS. VONSAVOYE, et al.,

        Defendants.
_____/

    Plaintiff, Luis E. Echeverria ("plaintiff"), is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On February 16, 2005, the Magistrate Judge filed Findings and Recommendation herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendation were to be filed within thirty (30) days. On February 25, 2005, plaintiff filed a Notice of Change of Address. On April 1, 2005, the court re-served plaintiff with the Findings and Recommendation at his new address. On April 18,

1

2005 plaintiff filed objections, erroneously titled as a "Return," to the Magistrate Judge's Findings and Recommendation. In light of Plaintiff's filing, the Court, on June 3, 2005, reissued the Order requiring Plaintiff to file his Application to Proceed In Forma Pauperis or pay the filing fee. On June 16, 2005, the Order was returned to the Court as "undeliverable."

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed February 16, 2005, are ADOPTED IN FULL; and,

2. This action is DISMISSED based on plaintiff's failure to obey the court's order of January 7, 2005.

IT IS SO ORDERED.

**Dated:   July 7, 2005**             /s/ Oliver W. Wanger
emm0d6                                  UNITED STATES DISTRICT JUDGE